Petitioner's brief is due within 60 days from the date of filing of this order.

**UNITED STATES, Plaintiff–Appellee,**

v.

**WASHINGTON INTERNATIONAL INSURANCE CO., Defendant–Appellant.**

**No. 01–1403.**

United States Court of Appeals, Federal Circuit.

July 15, 2002.

**Melvin HOWELL, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

**No. 02–3229.**

United States Court of Appeals, Federal Circuit.

July 12, 2002.

ORDER

Petitioner having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

Before RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and SCHALL, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.